# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SCHLUNDRYA SCOTT | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-3307-S-BW |
| 7-ELEVEN, INC. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Default Judgment [ECF No. 13] is **DENIED**, Defendant's Motion to Vacate Default Judgment [ECF No. 14] is **GRANTED**, and the Clerk's Entry of Default [ECF No. 9] is **SET ASIDE**. If Plaintiff has not already done so, the Court **ORDERS** Plaintiff to properly serve Defendant within 21 days of this Order.

Additionally, Defendant's Motion to Strike Plaintiff's Sur-Reply [ECF No. 19] is **GRANTED**. The Court **STRIKES** Plaintiff's unauthorized sur-reply, filed as Plaintiff's Response to Defendant's Reply in Support of Motion to Vacate Default Judgment [ECF No. 18].

**SO ORDERED.**

SIGNED March 12, 2026.

**UNITED STATES DISTRICT JUDGE**